# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

May 8, 2014

Lyle W. Cayce
Clerk

No. 13-10850
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MAURICIO MORALES-AGUILAR,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:13-CR-18

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

Mauricio Morales-Aguilar appeals the sentence imposed following his guilty plea conviction for transportation of illegal aliens and aiding and abetting. He argues that the district court erred in imposing a one-year term of supervised release to follow his 12-month term of imprisonment because Morales-Aguilar is a deportable alien. Additionally, Morales-Aguilar contends

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-10850

that the district court failed to provide any fact-specific reasons for the imposition of supervised release.

Morales-Aguilar has completed his term of imprisonment, has been released from custody, and has been removed to Mexico. The appeal of his sentence is therefore moot. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 382-83 (5th Cir. 2007). Accordingly, the appeal is DISMISSED.